O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVIER MANUEL ULLOA, | ) | CASE NO. CV 14-04348 DSF (RZ) |
| Petitioner, | ) ) | |
| vs. | ) ) | JUDGMENT |
| WARDEN, | ) ) | |
| Respondent. | ) ) ) | |

This matter came before the Court on the Petition of JAVIER MANUEL ULLOA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 9/24/14

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE